# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEWITT J. TASH,<br>    Petitioner<br><br>    v.<br><br>JAMES SABA, Superintendent,<br>    Respondent | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:11-CV-30183 -MAP<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent James Saba, against the petitioner Dewitt J. Tash, pursuant to the court's endorsed order entered this date, granting respondent's motion to dismiss.

                                        **SARAH A. THORNTON**,
                                          CLERK OF COURT

Dated:  November 10, 2011          By  /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk

(Civil Judgment re Pet v. Resp3 (rutine).wpd - 11/98)
                [jgm.]