# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEWITT J. TASH,<br>    Petitioner | ) <br> ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 3:11-CV-30183 -MAP |
| JAMES SABA, Superintendent,<br>    Respondent | ) <br> ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent James Saba, against the petitioner Dewitt J. Tash, pursuant to the court's endorsed order entered this date, granting respondent's motion to dismiss.

                                                        **SARAH A. THORNTON**,
                                                        CLERK OF COURT

Dated: November 10, 2011            By  /s/ *Maurice G. Lindsay*
                                                          Maurice G. Lindsay
                                                          Deputy Clerk

(Civil Judgment re Pet v. Resp3 (rutine).wpd - 11/98)
        [jgm.]